# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-1011-MMA |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL** |
| NOE SILVERIO LIRA-LARA, | |
| Defendant. | |

Upon the government's motion, good cause appearing, the Court **DISMISSES** the Information against Defendant Noe Silverio Lira-Lara without prejudice. The Court **ORDERS** the bond in this case exonerated.

**IT IS SO ORDERED**.

DATED: March 24, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge